**Order entered June 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00238-CV

**BRIAN POTASHNIK, SOUTHWEST HOUSING DEVELOPMENT COMPANY, INC., SOUTHWEST HOUSING MANAGEMENT CORPORATION, INC. A/K/A AND D/B/A SOUTHWEST HOUSING MANAGEMENT COMPANY, INC., AND AFFORDABLE HOUSING CONSTRUCTION, INC., Appellants**

**V.**

**JEFFREY W. CARPENTER, Appellee**

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-08-02072-E

## ORDER

The clerk's record in this case is overdue. By postcard dated April 18, 2019, we notified the Dallas County Clerk that the clerk's record was past due and directed the Dallas County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record or (2) written verification that appellant Brian Potashink has not been found entitled to proceed without payment of costs. *We notify appellants that if we receive verification the clerk's record has not been paid for or that arrangements to pay for the clerk's record have not been made and that Brian Potashink has not been found*

*entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal.*

*See* Tex. R. App. P. 37.3(b).

      We **DIRECT** the Clerk to send copies of this order to:

John Warren
Dallas County Clerk

All parties

                                /s/      BILL WHITEHILL
                                             JUSTICE